UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICARDO RIVERA PEREZ,

      Applicant,

v.                                      CASE NO. 8:26-cv-926-SDM-NHA

BOB GUALTIERI, *et al.*,

      Respondents.

_____/

**ORDER**

Rivera applies under 28 U.S.C. § 2241 for the writ of habeas corpus and challenges his detention in the Pinellas County jail as a Tampa Immigration and Custom Enforcement Facility. Rivera contends that his detention is unlawful under 8 U.S.C. § 1225, which does not allow bond or an individualized custody review, rather than 8 U.S.C. § 1226, which allows a bond or an individualized custody review. By this action Rivera challenges only his present detention, not whether he is subject to removal.

After their response (Doc. 8) the respondent filed a "Notice of Supplemental Authority" (Doc. 12) acknowledging that *Fidencio Hernandez Alvarez v. Warden, Fed. Det. Center Miami et al.*, No. 25-14065 2026 WL 1243395 *35–36 (11th Cir. May 6, 2026), holds that aliens in Rivera's situation are entitled to a bond hearing under Section 1226. Today the respondent advises (Doc. 14) that Rivera is scheduled for a bond hearing later this

- 2 -

week.  Because the purpose of this Section 2241 application is for a bond hearing, this action will become moot after the bond hearing occurs.

After the bond hearing but no later than **FRIDAY, MAY 15, 2026,** the respondent must file a paper confirming that the bond hearing occurred.  Upon receipt of that confirmation an order will dismiss this action as moot.

ORDERED in Tampa, Florida, on May 12, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE